```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0107--CR (RRB)
                    "USA V GLADE R. LUSK ET AL"
                       DEF 1.1 LUSK, GLADE R.

        Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/16/05
             Closed:  NO
 No. of Defendants:  3
     MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  John M. Murtagh
                     Law Office of John M. Murtagh
                     1101 W. 7th Avenue
                     Anchorage, AK 99501
                     907-274-8664
                     FAX 907-258-6419
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Crandon H. Randell
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 LUSK, GLADE R.

Document            Count      Citation and Description                         Disposition
_____            _____      _____                         _____

    1 -    1 IND      1        21:841(a)(1), (b)(1)(C) POSSESSION OF A CONTROLLED   Pending
                               SUBSTANCE WITH INTENT TO DISTRIBUTE, CAUSING
                               SERIOUS BODILY INJURY AND DEATH (F)

   22 -    1 IND      1        21:841(a)(1)&(b)(1)(C) & 859  DISTRIBUTION OF A      Pending
                               CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 F)

   22 -    1 IND      2        21:841(a)(1)&(b)(1)(C) & 859 DISTRIBUTION OF A       Pending
                               CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 (F)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0107--CR (RRB)
                          "USA V GLADE R. LUSK ET AL"
                          DEF 2.1 HAWK, THAIRON C.

              Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/16/05
             Closed:  NO
 No. of Defendants:  3
     MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  Hugh W. Fleischer
                     310 K Street, Suite 200
                     Anchorage, AK 99501
                     907-264-6635
                     FAX 907-264-6602
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Crandon H. Randell
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial



 Counts re: DEF 2.1 HAWK, THAIRON C.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 2 | 18:3   ACCESSORY AFTER THE FACT (F) | Pending |
| 1 -   1 IND | 3 | 18:1503 OBSTRUCTION OF JUSTICE (F) | Pending |
| 1 -   1 IND | 4 | 18:1623 FALSE MATERIAL DECLARATION UNDER OATH TO GRAND JURY (F) | Pending |
| 1 -   1 IND | 5 | 18:1001(a)(2) FALSE STATEMENT (F) | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0107--CR (RRB)
                              "USA V GLADE R. LUSK ET AL"
                              DEF 3.1 O'CONNOR, MATTHEW J.

                  Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  11/16/05
            Closed:  NO
 No. of Defendants:  3
    MJ Case Number:
               AKA:
   Location status:  Not specified
        Trial date:
        Terminated:  NO
 Needs interpreter:  NO
 Counsel of record:  Robert M. Herz
                    425 G Street, Suite 600
                    Anchorage, AK 99501
                    907-277-7171
                    FAX 907-277-0281
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Crandon H. Randell
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



Counts re: DEF 3.1 O'CONNOR, MATTHEW J.

Document           Count      Citation and Description                              Disposition
─────────          ─────      ────────────────────────                              ───────────
  22 -    1 IND      1        21:841(a)(1)&(b)(1)(C) & 859  DISTRIBUTION OF A       Pending
                              CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 F)

  22 -    1 IND      2        21:841(a)(1)&(b)(1)(C) & 859 DISTRIBUTION OF A        Pending
                              CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 (F)
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A05-0107--CR (RRB)
                            "USA V GLADE R. LUSK ET AL"

                                 For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/16/05
            Closed: NO
No. of Defendants: 3


Document #   Filed      Docket text
_____

     1 -  1  11/16/05   [Re: DEF 1-2] PLF 1 Indictment.

     2 -  1  11/16/05   [Re: DEF 1-2] JDR Grand Jury Minutes. No Bail set. (Detention per
                        18:3142). Set for arraignment and notify the USM.  In Custody, ACCE.

  NOTE -  1  11/17/05   Notation: Proposed trial date setting for arraignment forwarded to
                        chambers re: D2.

     3 -  1  11/17/05   [Re: DEF 2] Documents 2-8 transferred from: A05-0209 MJ (JDR) TO
                        A05-0107 CR (RRB).

     4 -  1  11/17/05   [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment
                        on Indictment/Bail Hearing (held 11/17/05); Defendant plead Not Guilty
                        to Counts 2, 3, 4, & 5 of the Indictment; Defendant detained; ptm's due
                        12/05/05; meet and confer 11/22/05.  CC: USA, H. Fleischer, USM, USPO,
                        Judge Beistline.

     5 -  1  11/17/05   [Re: DEF 2] JDR Order regarding preparation for trial; ptms due
                        12/05/05; meet and confer 11/22/05.  CC: USA, H. Fleischer.

     6 -  1  11/17/05   [Re: DEF 2] JDR Order of Detention Pending Trial. CC: USA, H. Fleischer,
                        USM, USPO.

     7 -  1  11/17/05   [Re: DEF 2] CJA appointment of H. Fleischer.

  NOTE -  2  11/18/05   Notation: Proposed trial date setting for arraignment forwarded to
                        chambers.

     8 -  1  11/18/05   [Re: DEF 1] JDR Minute Order arraignment is set for 11/21/05 at 1:30
                        a.m. in courtroom #6.  cc: AUSA, J. MURTAGH, USM, USPO

     9 -  1  11/18/05   [Re: DEF 1-2] PLF 1 motion for Rule 13 joint trial.

    11 -  1  11/21/05   DEF 2 joinder to [Re: DEF 1-2] PLF 1 motion for Rule 13 joint trial
                        (9-1).

    15 -  1  11/21/05   DEF 1 Attorney Appearance of John Murtagh.

    10 -  1  11/22/05   [Re: DEF 1-2] RRB Minute Order setting stat hrg on 11/23/05 @ 9:00 a.m..
                        cc: USA, J. Murtagh, H. Fleischer, USM, USPO

    12 -  1  11/23/05   [Re: DEF 1-2] RRB Court Minutes [ECR: Linda Christensen] re Status Hrg
                        (held 11/23/05); plf mot at dkt 13 granted; defs 1-2 joinder granted;
                        TBJ in case A05-0052 CR(JWS) vacated; crt to confer w/Judge Sedwick;
                        order to be issued advising cnsl of name of trial judge, new trial date
                        in Jan 2006, and date set for FPTC.  cc: USA, J. Murtagh, H. Fleischer,
                        R. Herz, MJ Roberts, USM, USPO

    13 -  1  11/23/05   DEF 1 Financial Affidavit.


ACRS: R_RDSDX                 As of 12/01/05 at 2:55 PM by GARRY                        Page 1
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A05-0107--CR (RRB)
                              "USA V GLADE R. LUSK ET AL"

                                  For all filing dates


Document #     Filed      Docket text
   14 -   1    11/28/05   [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                          11/21/05); J. Murtagh accepted appt; plea not guilty to Ct 1 of the
                          Indt; def detained; ptm's due 12/5/05, meet and confer by 11/21/05; cc:
                          USA, FPD-CJA, USM, USPO, Judge Beistline.

   16 -   1    11/29/05   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, J. Murtagh,
                          USM, USPO

   17 -   1    11/29/05   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                          confer by 11/21/05; PTM's due 12/5/05. cc: USA, J. Murtagh

   18 -   1    11/29/05   DEF 1 CJA appointment of John M. Murtagh.

   19 -   1    11/29/05   DEF 2 CJA appointment of Hugh Fleischer.

   20 -   1    11/30/05   [Re: DEF 1-3] RRB Minute Order case A05-052 CR (JWS) and A05-0107 CR
                          (RRB) are joined.  All future filings will be made in A05-0107 CR (RRB).
                          The request for continuance of trial in case A05-052 CR (JWS) is granted
                          and the matter is assigned to Judge Beistline.  The trial is now set
                          for 1/17/06 and the FPTC is set for 1/12/06 at 8:45 a.m. in Courtroom
                          #2.  cc: AUSA, J. MURTAGH, H. FLEISCHER, R. HERZ, USM, USPO, JC

   21 -   1    11/30/05   [Re: DEF 1-3] Clerk's Notice in light of dkt 20, a certified copy of the
                          Indictment in case A05-0052 CR is being filed in case A05-107 CR.  cc:
                          AUSA, J. MURTAGH, H. FLEISCHER, R. HERZ, USM, USPO, MJ ROBERTS

   22 -   1    11/30/05   (CERTIFIED COPY) [Re: DEF 1-3] PLF 1 Indictment From Case A05-0052 CR
                          (JWS).
```