**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED
DEC 0 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

USA  v.  THAIRON C. HAWK

DATE:  December 2, 2005    CASE NO.  A05-0107 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

A change of plea hearing will be held in this matter on **Monday, December 5, 2005, at 10:00 a.m.**, in Courtroom 2.

12/2/05 - Taped · TC - Fleischer
                        USA
         Taped - Probation
                 Marshal

A05-0107--CR (RRB)           US PROBATION
-----------------------      MAGISTRATE JUDGE ROBERTS
H. FLEISCHER (FLEISCHER)
C. RANDELL (US ATTY)
US MARSHAL