**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

　　UNITED STATES OF AMERICA　　v.　　THAIRON C. HAWK

THE HONORABLE RALPH R. BEISTLINE

Deputy Clerk                                             CASE NO.　3:05-cr-00107--RRB

　CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**　　DATE: February 10, 2006

　　　Due to a transportation problem, the Imposition of Sentence scheduled for Tuesday, February 14, 2005 at 11:00 a.m. is VACATED, and rescheduled to begin at **3:00 p.m. Wednesday, February 15, 2006** in Courtroom 2, Anchorage, Alaska.

[]{IA.WPD*Rev.12/96}