IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THAIRON C. HAWK ) | |
| ) | |
| Defendant. ) | |
| _____ )CASE No.0107-002 CR(RRB) | |

**UNOPPOSED AND EXPEDITED DEFENDANT'S
MOTION FOR CHANGE OF SENTENCE DATE**

Hugh W. Fleischer, counsel for Thairon C. Hawk hereby moves for a change of the sentencing date herein from February 15, 2006 at 3:00 p.m. to a time convenient to the Court and parties during the week of February 20, 2006.

The basis for this motion is that Mr. Hawk's counsel has a medical procedure scheduled for the morning of Wednesday, February 15, staring at 9:00 a.m., which may make it difficult for such counsel to be a proficient as necessary for such hearing. Moreover, the undersigned counsel may be out of town on Friday, February 17, 2006.

Assistant U.S. Attorney Crandon Randell has authorized the undersigned to advise that the government does not oppose this motion.

DATED at Anchorage, Alaska, this 13th day of February, 2006.

                                 LAW OFFICES OF HUGH W. FLEISCHER
                                   Attorney for Defendant

9495/506

                              By:  S/ Hugh W. Fleischer
                                   Hugh W. Fleischer
                                   AK Bar # 7106012
                                   310 K. Street, Suite 200
                                   Anchorage, AK 99501
                                   (907) 264-6635
                                   (907) 26406602-Fax
                                   hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 13th day of February, 2006, a true copy of the foregoing was delivered by e-mail to the following counsel:

**Crandon Randell**
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
crandon.randell@uddoj.gov

 S/ Hugh W. Fleischer
  Law Offices of Hugh W. Fleischer

Case 3:05-cr-00107-RRB    Document 50    Filed 02/13/2006    Page 3 of 3