IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | CASE NO: A05-0107-002 CR (RRB) |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) | |
| THAIRON C. HAWK   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

**<u>ORDER</u>**

Based on the foregoing motion,

    IT IS ORDERED that the sentencing hearing shall be held on February \_\_\_, 2006 @ _____.

    DATED this \_\_\_\_\_ day of February, 2006.

9495/506-Order

                                                       _____
                                                             Ralph R. Beistline
                                                         United States District Judge