IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: A05-0107-002 CR (RRB) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THAIRON C. HAWK ) | |
| ) | |
| Defendant. ) | |

## ORDER

Based on the foregoing motion, Imposition of Sentence set for February 15, 2006 is VACATED.

IT IS ORDERED that the sentencing hearing shall be held on February 24, 2006 @ 1:15 p.m.

DATED this 13 day of February, 2006.

Ralph R. Beistline
United States District Judge