IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Plaintiff,    )<br>)<br>vs.    )<br>)<br>THAIRON C. HAWK    )<br>)<br>    Defendant.    )<br>_____ )CASE No.A05-0107-002 CR(RRB) | |

**UNOPPOSED AND EXPEDITED DEFENDANT'S**
**MOTION FOR CHANGE OF SENTENCE DATE**

Hugh W. Fleischer, counsel for Thairon C. Hawk hereby moves for a change of the sentencing date herein from February 24, 2006 at 1:15 p.m. to a time convenient to the Court and parties during the week of February 20 or 27, 2006.

The basis for this motion is that Mr. Hawk's counsel has an argument before the Alaska Court of Appeals at 2:00 p.m. on February 24, 2006. The undersigned counsel has numerous times available during the week. Again, the request is that the Court contact counsel regarding the new sentencing time and date.

Assistant U.S. Attorney Crandon Randell has authorized the undersigned to advise that the government does not oppose this motion.

DATED at Anchorage, Alaska, this 14th day of February, 2006.

                          LAW OFFICES OF HUGH W. FLEISCHER
                          Attorney for Defendant

9495/507

                       By:  S/ Hugh W. Fleischer
                            Hugh W. Fleischer
                            AK Bar # 7106012
                            310 K. Street, Suite 200
                            Anchorage, AK 99501
                            (907) 264-6635
                            (907) 26406602-Fax
                            hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 14th day of February, 2006, a true copy of the foregoing was delivered by e-mail to the following counsel:

**Crandon Randell**
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
crandon.randell@us
doj.gov

 S/ Hugh W. Fleischer
  Law Offices of Hugh W. Fleischer