IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: A05-0107-002 CR (RRB) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THAIRON C. HAWK ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**<u>ORDER</u>**

Based on the foregoing motion,

IT IS ORDERED that the sentencing hearing shall be held on February ___, 2006 @ _____.

DATED this _____ day of February, 2006.

9495/507-Order

_____
Ralph R. Beistline
United States District Judge