IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                              )<br>              Plaintiff,             )<br>                                              )<br>         v.                                )<br>                                              )<br> THAIRON C. HAWK             )<br>                                              )<br>             Defendant.           )<br>_____ ) | CASE NO: A05-0107-002 CR (RRB) |

## ORDER

Based on the foregoing motion, imposition of sentence set for 02/24/2006 is VACATED.

IT IS ORDERED that the sentencing hearing shall be held on February 22, 2006 @ 9:00 AM.

DATED this 15th day of February, 2006.

9495/507-Order

Ralph R. Beistline
United States District Judge