


DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
CRANDON RANDELL
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:05-cr-107-RRB |
|---|---|
| Plaintiff, | ) |
| v. | ) **UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE IMPOSITION OF SENTENCE** |
| THAIRON C. HAWK, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through counsel, and hereby moves the court, on shortened time, to Continue Imposition of Sentence. Counsel for Defendant has no objection to this motion.

This motion is accompanied by a Memorandum in support.

DATED this 17th day of February, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/Crandon Randell
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Rm 253
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: crandon.randell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2006,
a copy of the foregoing was served
electronically on:

Hugh Fleischer

s/Crandon Randell