DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
CRANDON RANDELL
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-107-RRB |
| ) | |
| Plaintiff, ) | |
| ) | **MEMORANDUM IN SUPPORT** |
| v. ) | **OF MOTION TO CONTINUE** |
| ) | **IMPOSITION OF SENTENCE** |
| THAIRON C. HAWK, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

COMES NOW the United States of America, by and through counsel, and hereby submits this Memorandum, on shortened time, in support of an Unopposed Motion to Continue Imposition of Sentence.

The court has set imposition of sentence in the above-entitled case for February 22, 2006, at 9:00 a.m. The government has been advised that the victim's

father is scheduled for a surgical procedure on February 22, 2006, with a pre-op scheduled for the morning of the 21st.  The victim's family is quite insistent on being present for the sentencing for all defendants in this case.  Therefore, the government would ask for a sentencing date sometime in the week of February 27, 2006, or any time thereafter.

DATED this 17th day of February, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/Crandon Randell
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Rm 253
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: crandon.randell@usdoj.gov