DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
CRANDON RANDELL
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-107-RRB |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| THAIRON C. HAWK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

After review of the Unopposed Motion on Shortened Time, IT IS

HEREBY GRANTED/DENIED. The Imposition of Sentence is rescheduled for

2/28 2006, at 9:00 Am

DATED this 20 day of February, 2006.

_____
U.S. DISTRICT JUDGE